# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**David B. Falk**
**Plaintiff,**

v.

**Jeffrey Lynn Green**
**Defendant.**

\* \* \* \*

Case No. _____

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

[x] Exhibit **A** which is an attachment to **Defendant's Notice of Removal**

will be electronically filed under seal within 24 hours of the filing of this Notice.

[ ] _____
(title of document)
will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by **email and first class mail.**

**6/5/2024**
Date

*/s/ Michelle N. Lipkowitz*
Signature

Michelle N. Lipkowitz (CPF No. 0212180016)
Printed Name and Bar Number

555 12th Street, NW, Washington, DC 20004
Address

MNLipkowitz@mintz.com
Email Address

202-434-7448
Telephone Number

202-434-7400
Fax Number