# **EXHIBIT D**

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

DAVID B. FALK )
6801 Hillmead Road )
Bethesda, Maryland 20817 )
    )
    Plaintiff, )
    )
    v. ) Case No. C-15-CV-24-001969
    )
JEFFREY LYNN GREEN )
9500 SW 61st Court )
Pinecrest, Florida 33156 )
    )
    Defendant. )

**MOTION TO SEAL DOCUMENT ATTACHED TO COMPLAINT**

Plaintiff, David B. Falk, through undersigned counsel, hereby moves this Court to enter an Order directing the Clerk to Seal the Attachment to the Plaintiff's Complaint. As grounds for this Motion, the Plaintiff states as follows:

1. On April 25, 2024, the Plaintiff filed his Complaint for Money Damages against the Defendant. Attached to the Complaint is an Attachment 1, a two page letter dated June 19, 2007.

2. The Defendant's social security number is identified in the Attachment Letter. The Plaintiff inadvertently did not redact or block the social security number in the document.

3. The Plaintiff requests that the Court issue an Order to the Clerk of the Court to immediately place the Attachment 1 letter Under Court Seal, so that the public may not have access to the letter and the social security number.

2

*[signature]*

---

Peter L. Goldman, # 8806140013
12505 Park Potomac Ave.
7th Floor
Potomac, Maryland 20854
(703) 684-6476 (o)
(240) 401-4973 (c)
Pgoldmanatty@aol.com
Counsel for Plaintiff

I hereby certify that I am a member in good standing of the Maryland Bar.

*[signature]*

---

Peter L. Goldman

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May, 2024, a copy of this Motion was sent via email to Ryan Dougherty, Esq., 555 12th Street, N.W., Suite 1100, Washington, D.C. 20004, at rtdougherty@mintz.com.

*[signature]*

---

Peter L. Goldman