# EXHIBIT E

**IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**

| | |
|---|---|
| DAVID B. FALK )<br>6801 Hillmead Road )<br>Bethesda, Maryland 20817 )<br>   )<br>   Plaintiff, )<br>   )<br>   v.   )<br>   )<br>JEFFREY LYNN GREEN )<br>9500 SW 61st Court )<br>Pinecrest, Florida 33156 )<br>   )<br>   Defendant. ) | Case No. C-15-CV-24-001969 |

**ORDER TO SEAL DOCUMENT ATTACHED TO COMPLAINT**

UPON CONSIDERATION of the Plaintiff's Motion to Seal Attachment 1 to the Plaintiff's Complaint, it is hereby **ORDERED** that the Motion is **GRANTED.**

The Clerk of the Court is directed to immediately place Under Court Seal Attachment 1 to the Plaintiff's Complaint for Money Damages, filed on April 25, 2024, in this Court.

DATE: _____    _____
Judge, Circuit Court for
Montgomery County

Copies to:

Peter L. Goldman, Esq.