# EXHIBIT F

**IN THE CIRCUIT COURT FOR
MONTGOMERY COUNTY, MARYLAND**

DAVID B. FALK,

               Plaintiff,

    vs.

JEFFREY LYNN GREEN,

               Defendant.

Civil Action No. C-15-CV-24-001969

## ENTRY OF APPEARANCE

Please enter the appearance of Michelle N. Lipkowitz as counsel of record on behalf of Defendant Jeffrey Lynn Green in the above-captioned civil action.

Dated:  May 17, 2024

/s/ Michelle N. Lipkowitz
Michelle N. Lipkowitz (CPF No. 0212180016)
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
555 12th Street, NW
Suite 1100
Washington, DC 20004
Tel:  (202)-434-7448
Fax:  (202)-434-7400
Email:  MNLipkowitz@mintz.com

**Counsel for Defendant Jeffrey L. Green.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of May, 2024, a copy of the foregoing was served electronically through the Court's MDEC system on all parties registered to receive electronic notice in this case and via email on Plaintiff's counsel of record, Peter L. Goldman at Pgoldmanatty@aol.com.

*/s/ Michelle N. Lipkowitz*
Michelle N. Lipkowitz