# EXHIBIT G

**IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**

| | |
|---|---|
| DAVID B. FALK<br>6801 Hillmead Road<br>Bethesda, Maryland 20817<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY LYNN GREEN<br>9500 SW 61st Court<br>Pinecrest, Florida 33156<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. C-15-CV-24-001969<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>AFFIDAVIT OF SERVICE</u>

I, John Brady, hereby certify the following information.

I, John Brady, am a Process Server. My business address is 30 SW 1st Street, Unit 3207, Miami, Florida 33130. My phone number is (813) 781-2006.

I am over 18 years of age.

I am not a party in the above captioned litigation.

On May 6, 2024, at 9:00 pm, I personally served the Summons, Complaint for Money Damages, and related court papers, in Case No. C-15-CV-24-001969, Montgomery County, MD Circuit Court, on Defendant Jeffrey L. Green, at his home at 9500 SW 61st Court, Pinecrest, Florida 33156. I handed these papers to Mr. Green.

Mr. Green is an African-American male, and he weighs approximately 230 pounds.

I hereby swear that the above information is true and correct to the best of my knowledge, information and belief.

2

_____
John Brady

On this 30th day of May, 2024, John Brady appeared before me
and swore and affirmed that the information contained in this
Affidavit is true and correct to the best of his knowledge,
information and belief.

_____
Notary Public

My commission expires:



Notary Public State of Florida
Steven Armendariz
My Commission HH 499238
Expires 3/3/2028