# EXHIBIT H

## IN THE CIRCUIT COURT OF MARYLAND
## FOR MONTGOMERY COUNTY

| | |
|---|---|
| DAVID B. FALK, <br><br> Plaintiff, <br><br> vs. <br><br> JEFFREY LYNN GREEN, <br><br> Defendant. | Civil Action No. C-15-CV-24-001969 |

### NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Jeffrey Lynn Green, by undersigned counsel, has filed a Notice of Removal of this action on June 5, 2024, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, in the United States District Court for the District of Maryland.  Pursuant to 28 U.S.C. § 1446(d), "the State court shall proceed no further unless and until the case is remanded."  A copy of the Notice of Removal filed with the Federal Court is attached as **Exhibit A**.

Dated:  June 5, 2024

Respectfully submitted,

*/s/ Michelle N. Lipkowitz*
Michelle N. Lipkowitz (CPF No. 0212180016)
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
555 12th Street, NW
Suite 1100
Washington, DC 20004
Tel:  (202)-434-7448
Fax:  (202)-434-7400
Email:  MNLipkowitz@mintz.com

*Attorney for Defendant Jeffrey Lynn Green*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of June, 2024, a copy of the foregoing **Notice of Filing of Notice of Removal** was served electronically through the Court's MDEC system and via First Class Mail on Plaintiff's counsel of record:

Peter L. Goldman
12505 Park Potomac Ave.
7th Floor
Potomac, Maryland 20854
(703) 684-6476 (o)
(240) 401-4973 (c)
Pgoldmanatty@aol.com.

                                             */s/ Michelle N. Lipkowitz*
                                             Michelle N. Lipkowitz