UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DAVID B. FALK,

    Plaintiff,

v.

JEFFREY LYNN GREEN,

    Defendant.

Civil Action No. TDC-24-1622

ORDER

Plaintiff David B. Falk has filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 26. The Court having reviewed the Notice, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE.

The Clerk is directed to close this case.

Date: November 4, 2024

THEODORE D. CHUANG
United States District Judge